AND FILM, a Corporation, and Turgut Demirag, Plaintiffs-Appellees,

v.

FILM EFFECTS OF HOLLYWOOD, INC., a California Corporation, Defendant-Appellant.

No. 23064.

United States Court of Appeals Ninth Circuit.

Jan. 15, 1970.

David W. Fleming (argued), of White, Oberhansley & Fleming, Van Nuys, Cal., for appellant.

Joseph G. Hurley (argued), North Hollywood, Cal., for appellees.

Before BARNES, BROWNING and KILKENNY, Circuit Judges.

PER CURIAM:

Appellant was sued for breach of contract by appellees in this diversity case. The district court found the contract existed, was breached by defendant, and awarded $73,333 in damages.

The sole question on appeal is whether there was a sufficient basis of fact upon which such an award was justified. We have examined the record, and find sufficient evidence exists to support with reasonable certainty the award of damages made by the district court. We affirm.

UNITED STATES of America ex rel. Carmine ZOCCOLILLO, Petitioner-Appellant,

v.

Hon. Harold W. FOLLETTE, Warden of Green Haven Prison, Stormville, New York, Respondent-Appellee.

No. 280, Docket 30829.

United States Court of Appeals Second Circuit.

Argued Nov. 14, 1969.

Decided Nov. 18, 1969.

Francis R. Snodgrass, New York City (Milton Adler, New York City), for petitioner-appellant.

Brenda Soloff, Asst. Atty. Gen. (Louis J. Lefkowitz, Atty. Gen. of the State of New York, New York City, and Samuel A. Hirshowitz, First Asst. Atty. Gen., on the brief), for respondent-appellee.

Before MOORE, KAUFMAN and HAYS, Circuit Judges.

PER CURIAM:

Judgment affirmed on the opinion of Judge Frankel, D.C., 306 F.Supp. 500.